**IT IS ORDERED as set forth below:**



**Date: September 5, 2025**

_____
**Paul Baisier
U.S. Bankruptcy Court Judge**

_____

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| IN RE: | ) |
| Roshonda Renea Chatman | ) CASE NO. 25-56691-pmb |
| Debtor(s). | ) CHAPTER 13 |
| | ) |
| Progress Residential Borrower 20, LLC, | ) |
| Movant. | ) |
| V. | ) CONTESTED MATTER |
| Roshonda Renea Chatman, Debtor(s); and Melissa J. Davey, Trustee | ) |
| Respondents. | ) |

## ORDER GRANTING RELIEF FROM AUTOMATIC STAY

On August 19, 2025, Progress Residential Borrower 20, LLC (hereinafter, "Movant") filed a Motion For Relief From Automatic Stay (Doc. No. 17) (the "Motion"). The Motion concerns rented real property known as 1079 Lear Dr, Locust Grove, GA 30248 (the "Property").

A hearing on said Motion was heard on September 4, 2025, upon notice Movant contends was proper. No response or objection to the Motion was filed by the Debtor or Trustee, and similarly no opposition to Movant's Motion was announced at the hearing by the Debtor or the Trustee.

The Court, having considered the Motion and all other matters of record, hereby **GRANTS** Movant relief from the automatic stay for all purposes allowed by law including, but not limited to, the right for Movant to proceed with a Dispossessory Action and judgment to obtain possession of the Property. Accordingly, it is hereby

**ORDERED** that Movant's Motion is granted.  The automatic stay pursuant to 11 U.S.C. § 362(d) of the Bankruptcy Code is MODIFIED to allow Movant to pursue all remedies available under Georgia law to recover possession of the Property, and that the Property be abandoned as property of the estate.

**ORDERED** that Movant may obtain a post-petition judgment as to Debtor within the course of a dispossessory action to recover possession of the Property, but Movant is not permitted to pursue any collection activities on that judgment as to Debtor and the property of the estate during the pendency of the instant Bankruptcy.

**ORDERED** that, pursuant to Movant's Motion, the 14 day stay prescribed by Bankruptcy Rule 4001(a)(3) is waived to allow Movant to proceed immediately with a dispossessory action;

[END OF DOCUMENT]

**Order presented by:**
/s/ Matthew F. Totten
MATTHEW F. TOTTEN
(Georgia Bar No. 798589)
THE TOTTEN FIRM, LLC
2090 Dunwoody Club Dr, Ste 106-33
Atlanta, GA 30350
Tel: (404) 692-4342
Email: mft@tottenfirm.com

**No Opposition:**
/s/ Delaycee S. Rowland
Delaycee S. Rowland
GA BAR NO. 773359
Office of Melissa J. Davey
Standing Ch. 13 Trustee
Ste 2250, 233 Peachtree St NE
Atlanta, GA 30303
Email: mails@13trusteeatlanta.com

**Distribution List:**

Matthew Totten, Esq.
THE TOTTEN FIRM, LLC
2090 Dunwoody Club Dr
Ste 106-33
Atlanta, GA 30350

Lorena Lee Saedi
SAEDI LAW GROUP, LLC
3411 Pierce Drive NE
Atlanta, GA 30341

U.S. Trustee
Office of the United States Trustee
362 Richard Russell Building
75 Ted Turner Drive, SW
Atlanta, GA 30303

Office of Melissa J. Davey
Standing Ch. 13 Trustee
Ste 2250, 233 Peachtree St NE
Atlanta, GA 30303

Roshonda Renea Chatman, Debtor
1079 Lear Dr
Locust Grove, GA 30248