**IT IS ORDERED as set forth below:**



Date: September 5, 2025

_____
**Paul Baisier
U.S. Bankruptcy Court Judge**

_____

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

| | |
|---|---|
| IN RE: | ) |
| | ) |
| Roshonda Renea Chatman | ) CASE NO. 25-56691-pmb |
| | ) |
| Debtor(s). | ) CHAPTER 13 |
| | ) |
| | ) |
| Progress Residential Borrower 20, LLC, | ) |
| | ) |
| Movant. | ) |
| | ) |
| V. | ) CONTESTED MATTER |
| | ) |
| Roshonda Renea Chatman, Debtor(s); and | ) |
| Melissa J. Davey, Trustee | ) |
| | ) |
| Respondents. | ) |
| | ) |
| | ) |

### ORDER GRANTING RELIEF FROM AUTOMATIC STAY

On August 19, 2025, Progress Residential Borrower 20, LLC (hereinafter, "Movant") filed a Motion For Relief From Automatic Stay (Doc. No. 17) (the "Motion"). The Motion concerns rented real property known as 1079 Lear Dr, Locust Grove, GA 30248 (the "Property").

1

A hearing on said Motion was heard on September 4, 2025, upon notice Movant contends was proper. No response or objection to the Motion was filed by the Debtor or Trustee, and similarly no opposition to Movant's Motion was announced at the hearing by the Debtor or the Trustee.

The Court, having considered the Motion and all other matters of record, hereby **GRANTS** Movant relief from the automatic stay for all purposes allowed by law including, but not limited to, the right for Movant to proceed with a Dispossessory Action and judgment to obtain possession of the Property. Accordingly, it is hereby

**ORDERED** that Movant's Motion is granted. The automatic stay pursuant to 11 U.S.C. § 362(d) of the Bankruptcy Code is MODIFIED to allow Movant to pursue all remedies available under Georgia law to recover possession of the Property, and that the Property be abandoned as property of the estate.

**ORDERED** that Movant may obtain a post-petition judgment as to Debtor within the course of a dispossessory action to recover possession of the Property, but Movant is not permitted to pursue any collection activities on that judgment as to Debtor and the property of the estate during the pendency of the instant Bankruptcy.

**ORDERED** that, pursuant to Movant's Motion, the 14 day stay prescribed by Bankruptcy Rule 4001(a)(3) is waived to allow Movant to proceed immediately with a dispossessory action;

[END OF DOCUMENT]

**Order presented by:**
/s/ Matthew F. Totten
MATTHEW F. TOTTEN
(Georgia Bar No. 798589)
THE TOTTEN FIRM, LLC
2090 Dunwoody Club Dr, Ste 106-33
Atlanta, GA 30350
Tel: (404) 692-4342
Email: mft@tottenfirm.com

**No Opposition:**

/s/ Delaycee S. Rowland
Delaycee S. Rowland
GA BAR NO. 773359
Office of Melissa J. Davey
Standing Ch. 13 Trustee
Ste 2250, 233 Peachtree St NE
Atlanta, GA 30303
Email: mails@13trusteeatlanta.com

**Distribution List:**

Matthew Totten, Esq.
THE TOTTEN FIRM, LLC
2090 Dunwoody Club Dr
Ste 106-33
Atlanta, GA 30350

Lorena Lee Saedi
SAEDI LAW GROUP, LLC
3411 Pierce Drive NE
Atlanta, GA 30341

U.S. Trustee
Office of the United States Trustee
362 Richard Russell Building
75 Ted Turner Drive, SW
Atlanta, GA 30303

Office of Melissa J. Davey
Standing Ch. 13 Trustee
Ste 2250, 233 Peachtree St NE
Atlanta, GA 30303

Roshonda Renea Chatman, Debtor
1079 Lear Dr
Locust Grove, GA 30248

United States Bankruptcy Court

Northern District of Georgia

| | |
|---|---|
| In re: | Case No. 25-56691-pmb |
| Roshonda Renea Chatman | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 113E-9 | User: bncadmin | Page 1 of 2 |
| Date Rcvd: Sep 05, 2025 | Form ID: pdf401 | Total Noticed: 3 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 07, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Roshonda Renea Chatman, 1079 Lear Dr, Locust Grove, GA 30248-7227 |
| | + | Matthew Totten, Esq., THE TOTTEN FIRM, LLC, Ste 106-33, 2090 Dunwoody Club Dr, Atlanta, GA 30350-5434 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| ust | + | Email/Text: ustpregion21.at.ecf@usdoj.gov | Sep 05 2025 20:47:00 | Office of the United States Trustee, 362 Richard Russell Building, 75 Ted Turner Drive, SW, Atlanta, GA 30303-3315 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: Sep 07, 2025 | Signature: | /s/Gustava Winters |

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 5, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Lorena Lee Saedi | on behalf of Debtor Roshonda Renea Chatman Lsaedi@SaediLawGroup.com saedilawecfmail@gmail.com;4903@notices.nextchapterbk.com |
| Matthew Franklin Totten | on behalf of Creditor Progress Residential Borrower 20  LLC mft@tottenfirm.com, jet@tottenfirm.com,mtots@recap.email |
| Melissa J. Davey | |

District/off: 113E-9 User: bncadmin Page 2 of 2
Date Rcvd: Sep 05, 2025 Form ID: pdf401 Total Noticed: 3

mail@13trusteeatlanta.com cdbackup@13trusteeatlanta.com

TOTAL: 3