UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | CASE NO.:  25-56691-PMB |
| ROSHONDA RENEA CHATMAN | ) | |
| | ) | CHAPTER 13 |
| DEBTOR | ) | |
| | ) | JUDGE PAUL BAISIER |
| | ) | |

**TRUSTEE'S SUPPLEMENTAL REPORT REQUESTING DISMISSAL
FOLLOWING CONFIRMATION HEARING ON AUGUST 28, 2025**

At the hearing on Confirmation on August 28, 2025, the Trustee announced an agreement that the Debtor would do the following within ten (10) days:  convert the instant case to Chapter 7. Upon failure of the Debtor to comply with the above, Trustee may request dismissal by filing a Supplemental Report.

**THE TRUSTEE HAS REVIEWED THE CASE AS INSTRUCTED AND ADVISES THE FOLLOWING:**

1. The Trustee has received no Notice of Conversion.

**As the Debtor has failed to comply with the agreement, please enter an Order of Dismissal if the case has not been converted to Chapter 7.**

Dated: September 11, 2025.

Respectfully Submitted,

/s/
Kelsey A. Makeever
GA Bar No. 371499
Attorney for Chapter 13 Trustee
233 Peachtree Street, NE, Suite 2250
Atlanta, GA 30303
Telephone: 678-510-1444
Fax: 678-510-1450
mail@13trusteealtanta.com

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

IN RE:

ROSHONDA RENEA CHATMAN

DEBTOR

)   CASE NO.:  25-56691-PMB
)
)   CHAPTER 13
)
)   JUDGE PAUL BAISIER
)

# CERTIFICATE OF SERVICE

      This is to certify that I have on this day electronically filed the foregoing Chapter 13 Trustee's Supplemental Report  Requesting Dismissal using the Bankruptcy Court's Electronic Case Filing program, which sends a notice of this document and an accompanying link to this document to the following parties who have appeared in this case under the Bankruptcy Court's Electronic Case Filing program:

**Attorney for the Debtor(s):**
SAEDI LAW GROUP, LLC.

      I further certify that on this day I caused a copy of this document to be served via first class mail, with adequate postage prepaid on the following parties set forth below at the address shown for each.

DEBTOR:

ROSHONDA RENEA CHATMAN
1079 LEAR DR
LOCUST GROVE, GA  30248

Dated: September 11, 2025.

/s/
Kelsey A. Makeever
GA Bar No. 371499
Attorney for Chapter 13 Trustee
233 Peachtree Street, NE, Suite 2250
Atlanta, GA 30303
Telephone: 678-510-1444
Fax: 678-510-1450
mail@13trusteealtanta.com