## UNITED STATES BANKRUPTCY COURT

### Northern District of Georgia

In Re:
**Debtor(s)**
**Roshonda Renea Chatman**
1079 Lear Dr
Locust Grove, GA 30248

xxx−xx−9227

Case No.: **25−56691−pmb**
Chapter: **13**
Judge: **Paul Baisier**

## ORDER OF DISMISSAL

The Chapter 13 Trustee reports that the Debtor(s) has failed to comply with the direction of the Court. Therefore,

**IT IS ORDERED THAT THIS CASE IS DISMISSED.**

Any unpaid filing fees must be paid by the Debtor(s) to the Clerk of the United States Bankruptcy Court within fourteen (14) days of the date of the entry of this Order.

The Clerk is directed to serve a copy of this Order on the Debtor(s), the Attorney for the Debtor(s), the Chapter 13 Trustee, all creditors and other parties in interest. The Attorney for the Debtor(s) shall serve a copy of this Order upon any employer of the Debtor(s) who is subject to an employer deduction order.

_Paul Baisier_

Paul Baisier
United States Bankruptcy Judge

Dated: September 12, 2025

Form 157

United States Bankruptcy Court

Northern District of Georgia

In re: | Case No. 25-56691-pmb
Roshonda Renea Chatman | Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 113E-9      User: bncadmin      Page 1 of 2
Date Rcvd: Sep 12, 2025      Form ID: 157      Total Noticed: 21

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 14, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Roshonda Renea Chatman, 1079 Lear Dr, Locust Grove, GA 30248-7227 |
| cr | + | Progress Residential Borrower 20, LLC, The Totten Firm, 2090 Dunwoody Club Dr, Suite 106-33, Atlanta, GA 30350 UNITED STATES 30350-5434 |
| 25323167 | + | Progress Residential, P.O. Box 451027, Atlanta, GA 31145-9027 |
| 25323169 | + | Property Receivables80096, 981 Powell Ave Sw Ste 115, Renton, WA 98057-2909 |
| 25323170 | | Spectrum, 400 Washington Blvd., West Suffield, CT 06093 |
| 25323171 | + | T-Mobile, 1 Ravina Dr., Suite 1000, Atlanta, GA 30346-2111 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 25436180 | + | EDI: AIS.COM | Sep 13 2025 00:16:00 | AT & T Enterprise aka AT&T, by AIS InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 25435541 | + | EDI: AIS.COM | Sep 13 2025 00:16:00 | AT & T Mobility, by AIS InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 25323160 | + | EDI: ATTWIREBK.COM | Sep 13 2025 00:15:00 | AT&T, 1025 Lenox Park Blvd. NE, Atlanta, GA 30319-5309 |
| 25323161 | + | EDI: TSYS2 | Sep 13 2025 00:15:00 | Brclysbankde, Po Box 26182, Wilmington, DE 19899-6182 |
| 25323162 | + | Email/PDF: creditonebknotifications@resurgent.com | Sep 12 2025 20:33:19 | Credit One Bank Na, Po Box 98875, Las Vegas, NV 89193-8875 |
| 25323163 | | Email/Text: corporatecredit@farmersfurniture.com | Sep 12 2025 20:31:00 | Farmers Home Furniture, 2005 Veterans Blvd #A1, Dublin, GA 31040 |
| 25349150 | | Email/Text: corporatecredit@farmersfurniture.com | Sep 12 2025 20:31:00 | Farmers Home Furniture, Attn: Corporate Credit Department, P.O. Box 1140, Dublin, GA 31040 |
| 25323164 | | EDI: GADEPTOFREV.COM | Sep 13 2025 00:15:00 | Georgia Department of Revenue, Attn: Bankruptcy Dept., 1800 Century Blvd. NE Suite 9100, Atlanta, GA 30345-3202 |
| 25323165 | | EDI: IRS.COM | Sep 13 2025 00:15:00 | Internal Revenue Service, Attn: Bankruptcy Unit, Unit Stop 225-D, P.O. Box 995, Atlanta, GA 30370 |
| 25426433 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 12 2025 20:32:47 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 25413030 | + | Email/Text: bankruptcydpt@mcmcg.com | Sep 12 2025 20:31:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 25323166 | + | Email/Text: bknotices@progressresidential.com | Sep 12 2025 20:32:00 | Progress Residential, 2658 Holcomb Bridge Rd., Suite 118, Alpharetta, GA 30022-6822 |
| 25323168 | + | Email/Text: bknotices@progressresidential.com | Sep 12 2025 20:32:00 | Progress Residential Borrower 20 LLC, 7500 N. |

| District/off: 113E-9 | User: bncadmin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Sep 12, 2025 | Form ID: 157 | Total Noticed: 21 |

| | | | | |
|---|---|---|---|---|
| 25362684 | + EDI: AIS.COM | Sep 13 2025 00:16:00 | T Mobile/T-Mobile USA Inc, by AIS Infosource, LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 | DOBSON RD., SUITE 300, Scottsdale, AZ 85256-2727 |
| 25324048 | Email/Text: USAGAN.Bankruptcy@usdoj.gov | Sep 12 2025 20:31:00 | United States Attorney, Northern District of Georgia, 75 Ted Turner Drive SW, Suite 600, Atlanta GA 30303-3309 | |

TOTAL: 15

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 14, 2025       Signature:       /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 12, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Lorena Lee Saedi | on behalf of Debtor Roshonda Renea Chatman Lsaedi@SaediLawGroup.com saedilawecfmail@gmail.com;4903@notices.nextchapterbk.com |
| Matthew Franklin Totten | on behalf of Creditor Progress Residential Borrower 20 LLC mft@tottenfirm.com, jet@tottenfirm.com,mtots@recap.email |
| Melissa J. Davey | mail@13trusteeatlanta.com cdbackup@13trusteeatlanta.com |

TOTAL: 3